UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ENTERGY SERVICES, INC. | CIVIL ACTION |
| VERSUS | NO. 13-5297 |
| ATTACHMATE CORPORATION | SECTION "N"  (3) |

## ORDER AND REASONS

Before the Court is Attachmate Corporation's ("Attachmate")  Motion for Partial Summary Judgment (Rec. Doc. 105).  In its motion, Attachmate urges the Court to grant partial summary judgment on the issue of copyright infringement for over-deployment of four of Attachmate's software products: EXTRA! Personal Client v. 6.3, EXTRA! for Windows v. 6.4, Reflection for HP v. 10.0, and Reflection for Unix v. 9.0.  Entergy Services, Inc. ("Entergy") does not oppose the motion for partial summary judgment on the narrow issue of liability for over-deployment of the four products, but Entergy does dispute "(1) any suggested theory or manner of quantifying damages and (2) any implication that its conduct was willful...."  (Rec. Doc. 108).  Entergy properly points out that the Court need not decide those issues at this time. (Id.).

Accordingly,

**IT IS ORDERED** that Attachmate Corporation's Motion for Partial Summary Judgment (**Rec. Doc. 105**) is hereby **GRANTED** on the narrow grounds stated herein.

New Orleans, Louisiana, this 15<u>th</u> day of October 2014.

                                                                                       **KURT D. ENGELHARDT**
                                                                                       **United States District Judge**