UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ENTERGY SERVICES, INC. | CIVIL ACTION |
| VERSUS | NO. 13-5297 |
| ATTACHMATE CORPORATION | SECTION "N"  (3) |

## ORDER AND REASONS

Before the Court is Attachmate Corporation's ("Attachmate")  Motion (Rec. Doc. 111) requesting the Court to take judicial notice of Attachmate's copy right registrations.  Entergy Services, Inc. ("Entergy") does not oppose the motion.

Accordingly,

**IT IS ORDERED** that Attachmate Corporation's Motion requesting the Court to take judicial notice of the copyright registrations attached to its motion (**Rec. Doc. 111**) is hereby **GRANTED** and **NOTICED**.

New Orleans, Louisiana, this 21st day of November 2014.

                                           **KURT D. ENGELHARDT**
                                           **United States District Judge**